UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR MANUEL PEREZ PACHECO,

Petitioner,

v. Case No.: 2:26-cv-01227-SPC-NPM

WARDEN *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Victor Manuel Perez Pacheco's Motion to Equitably Toll the EAJA Filing Period and Accept Petitioner's Application for Attorney's Fees and Expenses as Timely Filed (Doc. 14), his Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act (Doc. 15), and the government's Motion to Hold EAJA Motion in Abeyance (Doc. 17). Perez Pacheco is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The Court finds it appropriate to hold Perez Pacheco's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 17) is **granted**, and Perez Pacheco's motions (Docs. 14 and 15) are held in abeyance. If Perez Pacheco believes he is entitled to attorney fees under the EAJA following the Supreme Court's decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Perez Pacheco files a renewed motion, the government shall respond within 14 days. If Perez Pacheco does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record